## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| PATRICIA GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 3:17-cv-00649-MMH-JRK |
| | ) |
| EXPERT GLOBAL SOLUTIONS, INC., | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SETTLEMENT

Plaintiff, PATRICIA GREEN, ("Plaintiff"), through her attorney, Hormozdi Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

July 12, 2017
By: /s/   Shireen Hormozdi
Shireen Hormozdi
Hormozdi Law Firm, LLC
1770 Indian Trail Lilburn Road, Suite 175
Norcross, GA 30093
Tel: 678-395-7795
Fax: 866-929-2434
shireen@agrusslawfirm.com
shireen@norcrosslawfirm.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On July 12, 2017, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel.

By: /s/ Shireen Hormozdi_____
Shireen Hormozdi