**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

PATRICIA GREEN,

      Plaintiff,

v.                                                                                    Case No.   3:17-cv-649-J-34JRK

EXPERT GLOBAL SOLUTIONS, INC.,

      Defendant.

---

## O R D E R   O F   D I S M I S S A L

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal (Dkt. No. 12; Notice) filed on July 24, 2017.   In the Notice, Plaintiff requests dismissal of this matter with prejudice.   See Notice at 1.   Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

    **ORDERED:**

1.     This case is **DISMISSED with prejudice**.

2.     The Clerk of the Court is directed to terminate all pending motions and close the file.

    **DONE AND ORDERED** in Jacksonville, Florida this 25th day of July, 2017.

                                     **MARCIA MORALES HOWARD**
                                     United States District Judge

ja                                                         - 2 -

Copies to:

Counsel of Record